UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 08CIV5270

ROB LANDLEY and ERIK ANDERSON

, Plaintiff(s)

- against -

BELL MICROPRODUSTS INC. DBA HAMMER STORAGE

, Defendant(s)

State of California   )
                      ) SS.:
County of Alameda     )

AFFIDAVIT OF SERVICE

Len Warren being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of California. That on 06/16/2008 at 3:38 PM at:
  BELL MICROPRODUCTS INC. DBA HAMMER STORAGE
  1941 RINGWOOD AVE
  SAN JOSE CA 95131
Deponent served the:

SUMMONS IN A CIVIL ACTION & COMPLAINT
INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR.
ELECTRONIC CASE FILING RULES & INSTRUCTIONS
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE

on BELL MICROPRODUCTS INC. DBA HAMMER STORAGE

a domestic and/or foreign corporation
by delivering thereat true copies to Darcy Burnham
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Managing Agent and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 68   HEIGHT: 5'2''   WEIGHT: 130   HAIR: BROWN   RACE: WHITE   SEX: FEMALE

Len Warren        Lic. #1035

SWORN TO BEFORE ME _____
*see attached jurat*

OUR DOC# 21430
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], not Notary)

_____          _____
Signature of Document Signer No. 1                              Signature of Document Signer No. 2 (if any)

State of California
County of _Alameda_

Subscribed and sworn to (or affirmed) before me on this
_18_ day of _June_, 20_08_, by
Date      Month                Year
(1) _Len Warren_ ,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2) _____ ,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _Brown_
Signature of Notary Public

[Notary Seal: J. BROWN, NOTARY PUBLIC – CALIFORNIA, ALAMEDA COUNTY, COMMISSION # 1722116, MY COMM. EXPIRES JAN. 28, 2011]

Place Notary Seal Above

——————— OPTIONAL ———————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: _Affidavit of Service_

Document Date: _____    Number of Pages: _1_

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5910    Reorder: Call Toll-Free 1-800-876-6827