UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x

ERIK ANDERSEN, an individual,
and ROB LANDLEY, an individual,

        Plaintiffs,

Civil Action No. 08-CV-5270

  -against-

BELL MICROPRODUCTS, INC.
D.B.A. HAMMER STORAGE,
a California corporation,

ORDER TO EXTEND TIME FOR
DEFENDANT TO FILE ANSWER

        Defendant.

―――――――――――――――――――――x

IT IS HEREBY ORDERED that Defendant Bell Microproducts, Inc. has until July 21, 2008 to answer the Complaint filed on June 9, 2008 by Plaintiffs Erik Andersen and Rob Landley.

SO ORDERED.

DATED: July 1, 2008

*[signature]*

Hon. Harold Baer, Jr.
United States District Judge