USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

ERIK ANDERSEN, an individual,
and ROB LANDLEY, an individual,

    Plaintiffs,

  -against-

BELL MICROPRODUCTS, INC.
D.B.A. HAMMER STORAGE,
a California corporation,

    Defendant.

---------------------------------------x

Civil Action No. 08-CV-5270

ORDER TO EXTEND TIME FOR
DEFENDANT TO FILE ANSWER

IT IS HEREBY ORDERED that Defendant Bell Microproducts, Inc. has until August 4, 2008 to answer the Complaint filed on June 9, 2008 by Plaintiffs Erik Andersen and Rob Landley.

SO ORDERED.

DATED: July 21, 2008

_____
Hon. Harold Baer, Jr.
United States District Judge